AO 10
Rev. 1/2014

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cohill, Jr., Maurice B. | U.S. District Court, W. D. PA | 12/05/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge, Active | ☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2014<br>to<br>12/31/2014 |

**7. Chambers or Office Address**

8170 U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director, Board of Directors (unpaid) | George Junior Republic, Grove City, PA |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 12/31/14 | Commonwealth of Pennsylvania State Employees' Retirement System (Pension) | $9,026.88 |
| 2. 12/31/14 | PNC Investments LLC (IRA Distribution) | $46,715.30 |
| 3. 12/31/14 | Anne D Mullaney Residuray Trust | $15,557.00 |
| 4. 12/31/14 | Commonwealth of Pennsylvania State Employees' Retirement System (Back Pay) | $347,515.29 |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Allegheny Energy Inc (Y) | | | | | | | | | |
| 2. Citigroup Inc | A | Dividend | J | T | | | | | |
| 3. Delphi Automotive (Y) | | | | | | | | | |
| 4. E.I. Du Pont | A | Dividend | K | T | | | | | |
| 5. General Electric Corp | A | Dividend | J | T | | | | | |
| 6. General Motors (Y) | | | | | | | | | |
| 7. IBM | A | Dividend | J | T | | | | | |
| 8. Black Box Corp | A | Dividend | J | T | | | | | |
| 9. Cisco Systems Inc | H2 | Dividend | J | T | | | | | |
| 10. Dell Computer Corp | A | Dividend | | | Sold | 07/16/14 | J | A | |
| 11. Energy Transfer Partners, L.P. | A | Int./Div. | J | T | | | | | |
| 12. First Energy (FE) | A | Dividend | J | T | | | | | |
| 13. Scott Mad Mex, L.P. | E | Distribution | K | T | | | | | |
| 14. Scudder Technology (Y) | | | | | | | | | |
| 15. Time Warner Inc | A | Dividend | J | T | | | | | |
| 16. Vanguard Mutual Funds - PA LT Tax-Exempt Investor (VPAIX) | B | Dividend | K | T | | | | | |
| 17. Vanguard Mutual Funds - 500 Index Fund Adm (VFAIX) | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Vanguard Mutual Funds - Capital Opportunity Adm (VHCAX) | C | Dividend | L | T | | | | | |
| 19. Vanguard Mutual Funds - Emerging Mkts Stk Adx Adm (VEMAX) | A | Dividend | K | T | | | | | |
| 20. Vanguard Mutual Funds - Precious Metals & Mining (VGPMX) | A | Dividend | J | T | | | | | |
| 21. Vanguard Prime Money Market Fund (VMMXX) | A | Dividend | J | T | | | | | |
| 22. Vanguard Admiral Trsy Money Mkt (VUSXX) | A | Dividend | L | T | | | | | |
| 23. Abbot Laboratories (ABT) | A | Dividend | J | T | | | | | |
| 24. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 25. Abbvie (ABBV) | A | Dividend | J | T | Buy | 08/04/14 | J | | |
| 26. ACE Ltd (ACE) | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 27. Actavis Plc (ACT) | A | Dividend | K | T | Spinoff (from line 148) | 02/14/14 | K | | |
| 28. | | | | | Sold (part) | 07/01/14 | J | A | |
| 29. Agilent Technologies (A) | A | Dividend | J | T | Buy | 02/18/14 | J | | |
| 30. | | | | | Buy (add'l) | 11/20/14 | J | | |
| 31. AIA Group Ltd Spon Adr (AAGIY) | A | Dividend | J | T | Buy (add'l) | 10/15/14 | J | | |
| 32. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 33. AIR Liquide Adr (AIQUY) | A | Dividend | J | T | Sold (part) | 07/14/14 | J | A | |
| 34. Albemarle Corporation | A | Dividend | | | Buy | 03/03/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 04/24/14 | J | | |
| 36. | | | | | Sold | 12/17/14 | J | A | |
| 37. Alcoa Inc (AA) | A | Dividend | J | T | | | | | |
| 38. Allegheny Tech Inc (ATI) | A | Dividend | | | Sold | 02/13/14 | J | A | |
| 39. Allegion Pub Ltd Co (ALLE) | A | Dividend | | | Sold | 01/09/14 | J | A | |
| 40. Allianz Se Ads (AZSEY) | A | Dividend | J | T | | | | | |
| 41. Allstate Corp (ALL) | A | Dividend | | | Sold | 02/28/14 | J | B | |
| 42. Ally Financial Inc (Ally) | A | Dividend | J | T | Buy | 12/22/14 | J | | |
| 43. AMC Networks Inc Ci A (AMCX) | A | Dividend | J | T | | | | | |
| 44. AMDOCS Limited Ord (DOX) | A | Dividend | J | T | Buy (add'l) | 05/07/14 | J | | |
| 45. Amer Inlt Gp New (AIG) | A | Dividend | J | T | | | | | |
| 46. American Capital Agency (AGNC) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 47. American Electric Power Co (AEP) | A | Dividend | J | T | | | | | |
| 48. American Water Works Co (AWK) | A | Dividend | J | T | | | | | |
| 49. Ameriprise Fincl Inc (AMP) | A | Dividend | J | T | | | | | |
| 50. Anadarko Pete (APC) | A | Dividend | J | T | Sold (part) | 12/17/14 | J | A | |
| 51. Analog Devices Inc (ADI) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Anheuser Busch Inbev Sa Spon (BUD) | A | Dividend | J | T | | | | | |
| 53. Applied Materials Inc (AMAT) | A | Dividend | J | T | | | | | |
| 54. Ares Capital Corp (ARCC) | A | Dividend | | | Buy | 06/19/14 | J | | |
| 55. | | | | | Sold | 12/17/14 | J | A | |
| 56. Arm Holdings Plc Ads (ARMH) | A | Dividend | J | T | | | | | |
| 57. AT&T Inc (T) | A | Dividend | K | T | | | | | |
| 58. Atlas Copco As Adr New (ATLKY) | A | Dividend | | | Sold | 12/30/14 | J | A | |
| 59. Autodesk Inc Delaware (ADSK) | A | Dividend | J | T | | | | | |
| 60. Avery Dennison Corporation (AVY) | A | Dividend | J | T | | | | | |
| 61. Babcock & Wilcox Company (BWC) | A | Dividend | J | T | | | | | |
| 62. Baidu Inc Ads (BIDU) | A | Dividend | J | T | Sold (part) | 01/14/14 | J | A | |
| 63. Banco Bilbao Viz Arg Sa Ads (BBVA) | A | Dividend | J | T | Sold (part) | 12/30/14 | J | A | |
| 64. Bank of America (BAC) | A | Dividend | J | T | Buy | 12/09/14 | J | | |
| 65. Baxter Intl Inc (BAX) | A | Dividend | J | T | | | | | |
| 66. Bayerische Motoren Werke Ag (BAMXY) | A | Dividend | J | T | | | | | |
| 67. BCE Inc (New) (BCE) | A | Dividend | J | T | | | | | |
| 68. Berry Plastics Group Inc (BERY) | A | Dividend | J | T | Buy | 02/13/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. BG Group Plc (BRGYY) | A | Dividend | J | T | Buy (add'l) | 08/06/14 | J | | |
| 70. | | | | | Buy (add'l) | 12/05/14 | J | | |
| 71. Biogen Idec Inc (BIIB) | A | Dividend | J | T | | | | | |
| 72. Bk Montreal (BMO) | A | Dividend | J | T | | | | | |
| 73. Blackrock Multi-Asset Inc C(BCICX) | A | Dividend | K | T | Buy | 04/30/14 | K | | |
| 74. Boston Scientific Corp (BSX) | A | Dividend | J | T | Sold (part) | 03/05/14 | J | A | |
| 75. Brandywine Realty Tr Sbi New (BDN) | A | Dividend | | | Sold | 05/27/14 | J | A | |
| 76. Bristol Myers Squibb (BMY) | A | Dividend | J | T | | | | | |
| 77. Broadcom Corp Cl A (BRCM) | A | Dividend | J | T | | | | | |
| 78. Broadridge Fin Solu LLC (BR) | A | Dividend | J | T | Sold (part) | 08/14/14 | J | A | |
| 79. Bunge Ltd (BG) | A | Dividend | J | T | Sold (part) | 07/14/14 | J | A | |
| 80. CA Incorporated (CA) | A | Dividend | | | Sold | 01/16/14 | J | A | |
| 81. Cablevision Systems Corp (CVC) | A | Dividend | J | T | | | | | |
| 82. Canadian Natl Railway Co (CNI) | A | Dividend | J | T | | | | | |
| 83. Cameco Corp (CCJ) | A | Dividend | | | Buy (add'l) | 07/21/14 | J | | |
| 84. | | | | | Sold | 12/17/14 | J | A | |
| 85. Catamaran Corp Com (CTRX) | A | Dividend | J | T | Buy | 05/23/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/15/14 | J | | |
| 87. Chubb Corp (CB) | A | Dividend | J | T | Sold (part) | 08/07/14 | J | A | |
| 88. Cinemark Holdings Inc (CNK) | A | Dividend | J | T | Buy (add'l) | 04/07/14 | J | | |
| 89. Cisco Sys Inc (CSCO) | A | Dividend | J | T | | | | | |
| 90. Citigroup Capital IX Trust Pfd Sec (CS) | A | Interest | | | Sold | 04/28/14 | J | A | |
| 91. Citigroup Inc New (C) | A | Dividend | J | T | Sold (part) | 06/03/14 | J | A | |
| 92. Citrix Systems Inc (CTXS) | A | Dividend | J | T | Sold (part) | 12/17/14 | J | A | |
| 93. Clorox Co De (CLX) | A | Dividend | J | T | Sold (part) | 10/03/14 | J | A | |
| 94. CME Group Inc (CME) | A | Dividend | J | T | | | | | |
| 95. Coach Inc (COH) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 96. Cochlear Ltd Unspon Adr (CHEOY) | A | Dividend | J | T | Sold (part) | 09/23/14 | J | A | |
| 97. Colony Financial (CLNY) | A | Dividend | J | T | Buy | 02/04/14 | J | | |
| 98. | | | | | Buy (add'l) | 07/30/14 | J | | |
| 99. Comcast Corp Cl A Special New (CMCSK) | A | Dividend | J | T | | | | | |
| 100. Corning Inc (GLW) | A | Dividend | J | T | Buy (add'l) | 01/09/14 | J | | |
| 101. Covanta Holding Corp (CVA) | A | Dividend | J | T | Buy | 10/15/14 | J | | |
| 102. Covidien Plc New (COV) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Cree Research Inc (CREE) | A | Dividend | J | T | Sold (part) | 12/17/14 | J | A | |
| 104. CSL Ltd Unspon Adr (CSLLY) | A | Dividend | J | T | | | | | |
| 105. CSX Corp (CSX) | A | Dividend | J | T | Buy | 09/26/14 | J | | |
| 106. | | | | | Sold (part) | 12/01/14 | J | A | |
| 107. CVS Health Corp Com (CVS) | A | Dividend | J | T | Buy (add'l) | 06/04/14 | J | | |
| 108. Cypress Semiconductor Dela (CY) | A | Dividend | J | T | Buy | 03/03/14 | J | | |
| 109. Darden Restaurants (DRI) | A | Dividend | | | Buy | 02/24/14 | J | | |
| 110. | | | | | Sold (part) | 11/25/14 | J | A | |
| 111. | | | | | Sold | 12/17/14 | J | A | |
| 112. Dassault Systems Sa Ads (DASTY) | A | Dividend | J | T | | | | | |
| 113. DBS Group Holdings Ltd Sp (DBSDY) | A | Dividend | J | T | | | | | |
| 114. Diebold Inc (DBD) | A | Dividend | | | Sold | 08/26/14 | J | A | |
| 115. Devon Energy Corp New (DVN) | A | Dividend | | | Buy (add'l) | 06/04/14 | J | | |
| 116. | | | | | Sold (part) | 09/26/14 | J | A | |
| 117. | | | | | Sold | 12/17/14 | J | A | |
| 118. Digital Realty Trust Inc (DLR) | A | Dividend | J | T | | | | | |
| 119. Directv Com (DTV) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Dolby Cla A Com Stk (DLB) | A | Dividend | J | T | | | | | |
| 121. Duke Energy Corp New Co (DUK) | A | Dividend | J | T | Sold (part) | 01/30/14 | J | A | |
| 122. | | | | | Sold (part) | 02/18/14 | J | A | |
| 123. Eaton Corp Plc (ETN) | A | Dividend | J | T | Buy (add'l) | 06/19/14 | J | | |
| 124. | | | | | Sold (part) | 08/13/14 | J | A | |
| 125. | | | | | Sold (part) | 12/17/14 | J | A | |
| 126. Eli Lilly & Co (LLY) | A | Dividend | J | T | | | | | |
| 127. Endurance Spelty Hldgs Ltd (ENH) | A | Dividend | J | T | | | | | |
| 128. Energizer Hldgs Inc (ENR) | A | Dividend | J | T | Buy | 09/24/14 | J | | |
| 129. Energy Transfer Partners LP (ETP) | A | Dividend | J | T | | | | | |
| 130. Ensco Plc Cl A (ESV) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 131. Entergy Corp New (ETR) | A | Dividend | J | T | | | | | |
| 132. EQT Corporation Com New (EQT) | A | Dividend | K | T | | | | | |
| 133. ENN Energy Holdings LTD Unspon (XNGSY) | A | Dividend | | | Buy | 01/15/14 | J | | |
| 134. | | | | | Buy (add'l) | 01/16/14 | J | | |
| 135. | | | | | Buy (add'l) | 01/17/14 | J | | |
| 136. | | | | | Sold (part) | 11/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 11/21/14 | J | A | |
| 138. Expeditors Intl Wash Inc (EXPD) | A | Dividend | J | T | | | | | |
| 139. Exxon Mobile Corp (XOM) | A | Dividend | | | Buy | 04/25/14 | J | | |
| 140. | | | | | Sold | 12/17/14 | J | A | |
| 141. Fanuc Corporation Unsp Adr (FANUY) | A | Dividend | J | T | | | | | |
| 142. Federated Strategic Val Div C (SVACX) | B | Dividend | L | T | | | | | |
| 143. Fifth Third Bancorp Ohio (FITB) | A | Dividend | | | Buy | 06/03/14 | J | | |
| 144. | | | | | Sold | 12/17/14 | J | A | |
| 145. First American Finl Corp (FAF) | A | Dividend | J | T | | | | | |
| 146. Firstenergy Corp (FE) | A | Dividend | K | T | | | | | |
| 147. Fluor Corp New (FLR) | A | Dividend | J | T | Sold (part) | 12/17/14 | J | A | |
| 148. Forest Laboratories Inc (FRX) | A | Dividend | | | Sold | 07/01/14 | J | C | |
| 149. Fortune Brands Home & Sec Inc (FBHS) | A | Dividend | | | Sold | 06/04/14 | J | A | |
| 150. Freeport McMoran Inc (FCX) | A | Dividend | | | Buy (add'l) | 03/05/14 | J | | |
| 151. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 152. | | | | | Buy (add'l) | 07/10/14 | J | | |
| 153. | | | | | Sold (part) | 12/01/14 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Sold | 12/17/14 | J | A | |
| 155. Fresenius Medical Care Ag & Co (FMS) | A | Dividend | J | T | | | | | |
| 156. Fuchs Petrolub AG Unspon Adr (FUPBY) | A | Dividend | | | Buy | 03/17/14 | J | | |
| 157. | | | | | Buy (add'l) | 03/18/14 | J | | |
| 158. | | | | | Buy (add'l) | 03/19/14 | J | | |
| 159. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 160. | | | | | Sold | 12/17/14 | J | A | |
| 161. Gazprom O A O Spon Adr (OGZPY) | A | Dividend | J | T | Sold (part) | 03/07/14 | J | A | |
| 162. General Electric Co (GE) | A | Dividend | J | T | | | | | |
| 163. General Motors Co (GM) | A | Dividend | | | Sold (part) | 01/23/14 | J | A | |
| 164. | | | | | Buy (add'l) | 02/20/14 | J | | |
| 165. | | | | | Buy (add'l) | 05/02/14 | J | | |
| 166. | | | | | Sold | 12/17/14 | J | | |
| 167. Genuine Parts Co (GPC) | A | Dividend | J | T | | | | | |
| 168. Glazosmithkline Plc Ads (GSK) | A | Dividend | J | T | | | | | |
| 169. Global Payment Inc (GPN) | A | Dividend | J | T | Sold (part) | 01/09/14 | J | A | |
| 170. | | | | | Sold (part) | 11/25/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Golar Lng Ltd (GLNG) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 172. Grace Wr & Co Dela New (GRA) | A | Dividend | J | T | | | | | |
| 173. Haemonetics Corp (HAE) | A | Dividend | J | T | | | | | |
| 174. Halliburton Co (HAL) | A | Dividend | | | Sold | 12/01/14 | J | A | |
| 175. Hasbro Inc (HAS) | A | Dividend | J | T | | | | | |
| 176. Hartford Fin Sers Grp Inc (HIG) | A | Dividend | J | T | Buy (add'l) | 01/31/14 | J | | |
| 177. | | | | | Buy (add'l) | 03/05/14 | J | | |
| 178. HCP Incorporated (HCP) | A | Dividend | J | T | Buy (add'l) | 08/26/14 | J | | |
| 179. Health Care REIT Inc (HCN) | A | Dividend | J | T | | | | | |
| 180. Helix Energy Solutions Grp Inc (HLX) | A | Dividend | J | T | Buy | 12/29/14 | J | | |
| 181. Hertz Global Holdings Inc (HTZ) | A | Dividend | | | Buy | 03/04/14 | J | | |
| 182. | | | | | Buy (add'l) | 06/03/14 | J | | |
| 183. | | | | | Buy (add'l) | 07/15/14 | J | | |
| 184. | | | | | Sold | 09/12/14 | J | A | |
| 185. Hong Kong Exchanges & Clearing (HKXCY) | A | Dividend | J | T | | | | | |
| 186. Hospitality Pptys Tr Com Sbi (HPT) | A | Dividend | J | T | | | | | |
| 187. Host Hotel & Resorts Inc (HST) | A | Dividend | J | T | Buy | 10/14/14 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Icici Bank Ltd (IBN) | A | Dividend | J | T | | | | | |
| 189. II VI Inc (IIVI) | A | Dividend | K | T | | | | | |
| 190. Immunogen Inc (IMGN) | A | Dividend | | | Sold | 12/30/14 | J | A | |
| 191. Imperial Oil Ltd Com New (IMO) | A | Dividend | | | Buy (add'l) | 03/14/14 | J | | |
| 192. | | | | | Sold | 12/20/14 | J | A | |
| 193. Ingersoll-Rand Plc (IR) | A | Dividend | J | T | | | | | |
| 194. Intel Corp (INTC) | A | Dividend | J | T | Sold (part) | 10/03/14 | J | B | |
| 195. | | | | | Sold (part) | 12/09/14 | J | A | |
| 196. International Paper Co (IP) | A | Dividend | | | Sold (part) | 07/16/14 | J | A | |
| 197. | | | | | Sold | 07/18/14 | J | A | |
| 198. Invesco Ltd (IVZ) | A | Dividend | J | T | | | | | |
| 199. Ishares Core US Growth Etf (IUSG) | A | Dividend | K | T | Buy | 12/17/14 | K | | |
| 200. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 201. Ishares Core US Value Etf (IUSV) | A | Dividend | K | T | Buy | 12/17/14 | K | | |
| 202. Ishares Russell 3000 Index Fd (IWV) | A | Dividend | J | T | Buy | 12/17/14 | J | | |
| 203. Isis Pharm Inc (ISIS) | A | Dividend | J | T | | | | | |
| 204. Itau Unibanco Multiple Adr (ITUB) | A | Dividend | | | Sold (part) | 06/12/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Buy (add'l) | 06/12/14 | J | | |
| 206. | | | | | Sold (part) | 10/10/14 | J | A | |
| 207. | | | | | Sold | 12/17/14 | J | A | |
| 208. ITC Holdings (ITC) | A | Dividend | J | T | | | | | |
| 209. Janus Capital Group Inc (JNS) | A | Dividend | J | T | Buy (add'l) | 11/21/14 | J | | |
| 210. JGC Corp Unsponsored Adr (JGCCY) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 211. Johnson & Johnson (JNJ) | A | Dividend | K | T | Sold (part) | 02/18/14 | J | A | |
| 212. JP Morgan Income Builder C (JNBCX) | B | Dividend | L | T | | | | | |
| 213. Keysight Technologies Inc (KEYS) | A | Dividend | | | Buy | 02/18/14 | J | | |
| 214. | | | | | Sold (part) | 10/31/14 | J | A | |
| 215. | | | | | Sold | 11/20/14 | J | A | |
| 216. Kinder Morgan Mgmt LLC (KMR) | A | Dividend | J | T | Buy (add'l) | 01/02/14 | J | | |
| 217. | | | | | Sold (part) | 01/02/14 | J | A | |
| 218. | | | | | Buy (add'l) | 01/03/14 | J | | |
| 219. | | | | | Sold (part) | 01/03/14 | J | A | |
| 220. | | | | | Buy (add'l) | 01/06/14 | J | | |
| 221. | | | | | Sold (part) | 01/06/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 01/07/14 | J | A | |
| 223. | | | | | Buy (add'l) | 08/14/14 | J | | |
| 224. Kohl's Corporation Wisc (KSS) | A | Dividend | J | T | | | | | |
| 225. Kraft Foods Inc Cl A (KFT) | A | Dividend | J | T | | | | | |
| 226. Kroger Co (KR) | A | Dividend | J | T | Buy | 12/29/14 | J | | |
| 227. L-3 Communications Holding Inc (LLL) | A | Dividend | J | T | | | | | |
| 228. Lamar Advertising Co New Cl A (LAMR) | A | Dividend | J | T | Buy | 08/19/14 | J | | |
| 229. | | | | | Buy (add'l) | 08/26/14 | J | | |
| 230. | | | | | Buy (add'l) | 09/03/14 | J | | |
| 231. | | | | | Buy (add'l) | 09/05/14 | J | | |
| 232. | | | | | Buy (add'l) | 10/16/14 | J | | |
| 233. Leidos Hldgs Inc (LDOS) | A | Dividend | J | T | | | | | |
| 234. Liberty Broadband Corp C Rts (LBRKR) | A | Dividend | J | T | Buy | 12/11/14 | J | | |
| 235. Liberty Broadband Corp S-A (LBRDA) | A | Dividend | J | T | Sold (part) | 11/04/14 | J | A | |
| 236. Liberty Broadband Corp S-C (LBRDK) | A | Dividend | J | T | Buy (add'l) | 09/18/14 | J | | |
| 237. | | | | | Buy (add'l) | 11/25/14 | J | | |
| 238. Liberty Interactive Co Inter A (QVCA) | A | Dividend | J | T | Sold (part) | 09/26/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. Liberty Inter Co Venture Ser A (LVNTA) | A | Dividend | J | T | Sold (part) | 10/20/14 | J | A | |
| 240. Liberty Media Corp Series A (LMCA) | A | Dividend | J | T | | | | | |
| 241. Libert Media Corp Series C (LMCK) | A | Dividend | J | T | Buy (add'l) | 09/18/14 | J | | |
| 242. | | | | | Buy (add'l) | 12/01/14 | J | | |
| 243. Linde Ag Sponsored Adr (LNEGY) | A | Dividend | | | Buy | 10/15/14 | J | | |
| 244. | | | | | Sold | 12/30/14 | J | A | |
| 245. Linnco LLC (LNCO) | A | Dividend | | | Buy (add'l) | 01/23/14 | J | | |
| 246. | | | | | Sold | 12/09/14 | J | A | |
| 247. Live Nation Entertainment (LYV) | A | Dividend | J | T | Buy | 09/26/14 | J | | |
| 248. Loreal Co Adr (LRLCY) | A | Dividend | J | T | | | | | |
| 249. LVMH Moet Hennessy Louis Vuitt (LVMUY) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 250. Lyondellbasell Nv Cl-A (LYB) | A | Dividend | J | T | Sold (part) | 03/05/14 | J | A | |
| 251. | | | | | Buy (add'l) | 11/12/14 | J | | |
| 252. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 253. M&T Bank Corp (MTB) | A | Dividend | J | T | Sold (part) | 10/29/14 | J | A | |
| 254. Macy's Inc (M) | A | Dividend | | | Buy (add'l) | 02/20/14 | J | | |
| 255. | | | | | Sold (part) | 02/20/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold | 05/02/14 | J | A | |
| 257. Marathon Oil Co (MRO) | A | Dividend | | | Sold | 01/31/14 | J | A | |
| 258. Mattel Inc (MAT) | A | Dividend | | | Buy (add'l) | 03/18/14 | J | | |
| 259. | | | J | T | Sold (part) | 03/20/14 | J | A | |
| 260. | | | | | Sold (part) | 10/17/14 | J | A | |
| 261. Maxim Integrated Products Inc (MXIM) | A | Dividend | J | T | | | | | |
| 262. McKesson Corp (MCK) | A | Dividend | J | T | Sold (part) | 10/16/14 | J | A | |
| 263. Medicines Co (MDCO) | A | Dividend | | | Buy | 01/10/14 | J | | |
| 264. | | | | | Buy (add'l) | 01/13/14 | J | | |
| 265. | | | | | Sold | 06/09/14 | J | A | |
| 266. Merck & Co Inc New Com (MRK) | A | Dividend | J | T | Sold (part) | 01/23/14 | J | A | |
| 267. | | | | | Sold (part) | 04/18/14 | J | A | |
| 268. Microchip Technology Inc (MCHP) | A | Dividend | J | T | | | | | |
| 269. MGM Resorts International (MGM) | A | Dividend | J | T | Buy (add'l) | 02/19/14 | J | | |
| 270. | | | | | Sold (part) | 12/17/14 | J | A | |
| 271. Microsoft Corp (MSFT) | A | Dividend | J | T | Buy | 01/16/14 | J | | |
| 272. Mine Safety Inc (MSA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. Mitsubishi Est Adr (MITEY) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 274. Mondelez Intl Inc (MDLZ) | A | Dividend | J | T | Sold (part) | 10/01/14 | J | A | |
| 275. Monotaro Co Ltd Adr (MONOY) | A | Dividend | J | T | | | | | |
| 276. Morgan Stanley (MS) | A | Dividend | | | Buy (add'l) | 01/16/14 | J | | |
| 277. | | | | | Sold | 06/03/14 | J | A | |
| 278. MTN Grp Ltd Spons Adr (MTNOY) | A | Dividend | | | Buy (add'l) | 03/17/14 | J | | |
| 279. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 280. | | | | | Sold | 12/17/14 | J | A | |
| 281. Natl Fuel Gas Co (NFG) | A | Dividend | J | T | | | | | |
| 282. National Oilwell Varco Inc (NOV) | A | Dividend | J | T | | | | | |
| 283. Natl Grid Transco Plc Ads (NGG) | A | Dividend | | | Sold | 03/19/14 | J | A | |
| 284. Nestle Spon Adr Rep Reg Shr (NSRGY) | A | Dividend | J | T | | | | | |
| 285. New York Community Bancorp Inc (NYCB) | A | Dividend | J | T | | | | | |
| 286. Nisource Inc (NI) | A | Dividend | J | T | Sold (part) | 03/04/14 | J | A | |
| 287. | | | | | Sold (part) | 04/08/14 | J | A | |
| 288. | | | | | Sold (part) | 08/08/14 | J | A | |
| 289. Nokian Tyres OYJ Unspon Adr (NKRKY) | A | Dividend | | | Sold | 03/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. Northstar Rlty Fin Corp Com (NRF) | A | Dividend | J | T | Buy | 12/09/14 | J | | |
| 291. Novartis Ag Adr (NVS) | A | Dividend | J | T | Buy | 01/10/14 | J | | |
| 292. Novo Nordisk A/S Adr (NVO) | A | Dividend | J | T | Buy (add'l) | 03/03/14 | J | | |
| 293. | | | | | Buy (add'l) | 03/31/14 | J | | |
| 294. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 295. | | | | | Sold (part) | 12/17/14 | J | A | |
| 296. | | | | | Sold (part) | 12/30/14 | J | A | |
| 297. Now Inc (DNOW) | A | Dividend | J | T | Sold (part) | 05/30/14 | J | A | |
| 298. Nrg Energy Inc (NRG) | A | Dividend | | | Buy | 06/09/14 | J | | |
| 299. | | | | | Buy (add'l) | 10/01/14 | J | | |
| 300. | | | | | Sold | 12/17/14 | J | A | |
| 301. Nucor Corporation (NUE) | A | Dividend | J | T | | | | | |
| 302. Nuance Communications Inc (NUAN) | A | Dividend | | | Buy | 03/14/14 | J | | |
| 303. | | | | | Buy (add'l) | 03/18/14 | J | | |
| 304. | | | | | Buy (add'l) | 03/20/14 | J | | |
| 305. | | | | | Buy (add'l) | 03/24/14 | J | | |
| 306. | | | | | Buy (add'l) | 10/01/14 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Sold | 12/17/14 | J | A | |
| 308. Old Republic Intl Cp (ORI) | A | Dividend | J | T | | | | | |
| 309. Omega Healthcare Inv Inc (OHI) | A | Dividend | J | T | Sold (part) | 08/26/14 | J | A | |
| 310. Omnicom Group (OMC) | A | Dividend | J | T | | | | | |
| 311. One Gas Inc (OGS) | A | Dividend | | | Sold (part) | 01/31/14 | J | A | |
| 312. | | | | | Sold (part) | 10/23/14 | J | A | |
| 313. | | | | | Sold | 10/24/14 | J | A | |
| 314. Oneok Inc New (OKE) | A | Dividend | J | T | Sold (part) | 04/08/14 | J | A | |
| 315. | | | | | Buy (add'l) | 12/19/14 | J | | |
| 316. Pall Corporation (PLL) | A | Dividend | J | T | | | | | |
| 317. Peabody Energy Corp (BTU) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 318. Pembina Pipeline Corp (PBA) | A | Dividend | J | T | | | | | |
| 319. Pentair Ltd (PNR) (X) | A | Dividend | J | T | | | | | |
| 320. Peoples United Financial Inc (PBCT) | A | Dividend | J | T | | | | | |
| 321. Perrigo Co Ltd (PRGO) (X) | A | Dividend | K | T | | | | | |
| 322. Petroleo Bras Sa Ads (PBR) | A | Dividend | | | Sold | 01/14/14 | J | A | |
| 323. Pfizer Inc (PFE) | A | Dividend | K | T | Sold (part) | 02/20/14 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324.  PNC Finl Svcs GP (PNC) | A | Dividend | J | T | | | | | |
| 325.  Potash Cp of Saskatchewan Inc (POT) | A | Dividend | | | Buy (add'l) | 01/23/14 | J | | |
| 326. | | | | | Sold (part) | 08/14/14 | J | A | |
| 327. | | | | | Sold (part) | 10/03/14 | J | A | |
| 328. | | | | | Sold (part) | 10/07/14 | J | A | |
| 329. | | | | | Sold | 10/15/14 | J | A | |
| 330.  PPL Corporation (PPL) | A | Dividend | J | T | | | | | |
| 331.  Prothena CP PLC Ord (PRTA) | A | Dividend | J | T | | | | | |
| 332.  Quest Diagnostics Inc (DGX) | A | Dividend | J | T | Buy (add'l) | 01/27/14 | J | | |
| 333. | | | | | Buy (add'l) | 02/25/14 | J | | |
| 334. | | | | | Buy (add'l) | 04/02/14 | J | | |
| 335.  Regal Entertainment Grp Cl A( RGC) | A | Dividend | J | T | Buy (add'l) | 07/31/14 | J | | |
| 336.  RF Micro Devices Inc (RFMD) | A | Dividend | | | Sold (part) | 01/29/14 | J | A | |
| 337. | | | | | Sold | 02/24/14 | J | A | |
| 338.  Rite Aid Corp (RAD) | A | Dividend | | | Buy | 02/13/14 | J | | |
| 339. | | | | | Sold | 10/13/14 | J | A | |
| 340.  Roche Holdings Adr (RHHBY) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. Rockwell Collins Inc (COL) | A | Dividend | J | T | | | | | |
| 342. Sandisk Corp (SNDK) | A | Dividend | J | T | | | | | |
| 343. Sands China Ltd Unsponsored Adr (SCHYY) | A | Dividend | | | Buy | 02/27/14 | J | | |
| 344. | | | | | Buy (add'l) | 02/28/14 | J | | |
| 345. | | | | | Buy (add'l) | 05/16/14 | J | | |
| 346. | | | | | Sold | 12/17/14 | J | A | |
| 347. SAP Ag (SAP) | A | Dividend | | | Sold (part) | 05/15/14 | J | A | |
| 348. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 349. | | | | | Sold | 12/17/14 | J | A | |
| 350. Sasol Ltd Spon Adr (SSL) | A | Dividend | | | Sold | 12/30/14 | J | A | |
| 351. Science Applications Intl Lp (SAIC) | A | Dividend | | | Sold | 08/07/14 | J | A | |
| 352. Schneider Elec Sa Unsp Adr (SBGSY) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 353. Schlumberger Ltd (SLB) | A | Dividend | J | T | | | | | |
| 354. Seadrill Ltd (SDRL) | A | Dividend | | | Sold (part) | 08/14/14 | J | A | |
| 355. | | | | | Sold | 10/17/14 | J | A | |
| 356. Seagate Technology Plc (STX) | A | Dividend | J | T | Buy (add'l) | 04/29/14 | J | | |
| 357. | | | | | Buy (add'l) | 04/30/14 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. Sempra Energy (SRE) | A | Dividend | J | T | Sold (part) | 07/28/14 | J | A | |
| 359. | | | | | Sold (part) | 12/19/14 | J | A | |
| 360. Senior Hsg Ppty Tr Sbi (SNH) | A | Dividend | J | T | | | | | |
| 361. Shire Plc Adr (SHPG) | A | Dividend | J | T | Buy | 10/17/14 | J | | |
| 362. Sonoco Products Co (SON) | A | Dividend | J | T | Sold (part) | 08/25/14 | J | A | |
| 363. Sonova Hldg Ag Unsp Adr (SONVY) | A | Dividend | J | T | | | | | |
| 364. Spectra Energy Corp Com (SE) | A | Dividend | J | T | Buy (add'l) | 02/11/14 | J | | |
| 365. | | | | | Sold (part) | 12/17/14 | J | A | |
| 366. St Jude Medical Inc (ST J) | A | Dividend | J | T | | | | | |
| 367. Stanley Black & Decker Inc (SWK) | A | Dividend | J | T | Buy | 08/29/14 | J | | |
| 368. Staples Inc (SPLS) | A | Dividend | J | T | Sold (part) | 12/03/14 | J | A | |
| 369. Starz Series A (STRZA) (X) | A | Dividend | J | T | | | | | |
| 370. Sun Communities Inc (SUI) | A | Dividend | J | T | | | | | |
| 371. Suntrust Bks (STI) | A | Dividend | J | T | | | | | |
| 372. Svenska Handelbanken Ab Adr (SVNLY) | A | Dividend | J | T | | | | | |
| 373. Swatch Group Ag Adr The Unspon (SWGAY)ymrise AG Unspons Adr (SYIEY) | A | Dividend | | | Sold | 12/17/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 374. Symrise AG Unspons Adr (SYIEY) | A | Dividend | J | T | Buy | 06/09/14 | J | | |
| 375. | | | | | Buy (add'l) | 06/10/14 | J | | |
| 376. Synchrony Financial (SYF) | A | Dividend | J | T | Buy | 09/04/14 | J | | |
| 377. Sysco Corp (SYY) | A | Dividend | J | T | | | | | |
| 378. Sysmex Corp Unspon Adr (SSMXY) | A | Dividend | J | T | | | | | |
| 379. Taiwan Sm Cnd Ctr Mfg Co Ltd Adr (TSM) | A | Dividend | J | T | Buy (add'l) | 01/14/14 | J | | |
| 380. Te Connectivity Ltd New (TEL) | A | Dividend | J | T | | | | | |
| 381. Teco Energy (TE) | A | Dividend | J | T | | | | | |
| 382. Tel & Data Systems Inc (TDS) | A | Dividend | | | Sold | 10/29/14 | J | A | |
| 383. Tesco Plc Sponsored Adr (TSCDY) | A | Dividend | | | Sold | 08/07/14 | J | A | |
| 384. Teva Pharmaceuticals Adr (TEVA) | A | Dividend | J | T | Buy | 06/09/14 | J | | |
| 385. The ADT Corporation (ADT) | A | Dividend | J | T | | | | | |
| 386. Total S A Spon Adr (TOT) | A | Dividend | | | Sold | 06/19/14 | J | B | |
| 387. Turkiye Garanti Bankasi A S (TKGBY) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 388. Tyco International Ltd New (TYC) | A | Dividend | J | T | | | | | |
| 389. Ultra Petroleum Corp (UPL) | A | Dividend | | | Sold | 12/17/14 | J | A | |
| 390. Unicharm Corp Unspon Adr (UNICY) | A | Dividend | J | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 391. Unilever Plc New Ads (UL) | A | Dividend | J | T | | | | | |
| 392. Union Pacific Corp (UNP) | A | Dividend | | | Sold | 03/04/14 | J | B | |
| 393. UnitedHealth Gp Inc (UNH) | A | Dividend | J | T | | | | | |
| 394. Valero Energy Cp Dela New (VLO) | A | Dividend | | | Sold | 04/25/14 | J | A | |
| 395. | | | | | Sold | 07/08/14 | J | A | |
| 396. Vanguard Ftse Developed Mkts (VEA) | B | Dividend | K | T | Buy | 12/17/14 | K | | |
| 397. | | | | | Buy (add'l) | 12/30/14 | J | | |
| 398. Ventas Inc (VTR) | A | Dividend | J | T | Buy (add'l) | 02/10/14 | J | | |
| 399. Verifone Systems Inc (PAY) | A | Dividend | J | T | | | | | |
| 400. Veritiv Corp (VRTZ) | A | Dividend | | | Sold (part) | 07/01/14 | J | A | |
| 401. | | | | | Sold | 07/11/14 | J | A | |
| 402. Verizon Communications (VZ) | A | Dividend | J | T | Buy (add'l) | 02/21/14 | J | | |
| 403. | | | | | Sold (part) | 02/21/14 | J | A | |
| 404. | | | | | Sold (part) | 12/17/14 | J | A | |
| 405. Vertex Pharmacueticals (VRTX) | A | Dividend | J | T | | | | | |
| 406. Vodafone Gp Plc Ads New (VOD) | A | Dividend | | | Sold (part) | 01/23/14 | J | A | |
| 407. | | | | | Sold (part) | 02/21/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 408. | | | | | Sold | 12/17/14 | J | A | |
| 409. WABTEC (WAB) | A | Dividend | K | T | | | | | |
| 410. Weatherford International Ltd (WFT) | A | Dividend | J | T | Buy (add'l) | 11/13/14 | J | | |
| 411. | | | | | Sold (part) | 12/17/14 | J | A | |
| 412. Wells Fargo & Co New (WFC) | A | Dividend | J | T | Buy (add'l) | 02/28/14 | J | | |
| 413. | | | | | Sold (part) | 07/10/14 | J | A | |
| 414. Western Un Co (WU) | A | Dividend | J | T | Buy | 08/11/14 | J | | |
| 415. | | | | | Buy (add'l) | 08/29/14 | J | | |
| 416. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 417. Weyerhaeuser Co (WY) | A | Dividend | J | T | Buy | 08/20/14 | J | | |
| 418. | | | | | Buy (add'l) | 10/31/14 | J | | |
| 419. | | | | | Buy (add'l) | 12/09/14 | J | | |
| 420. Whiting Petroleum Corp (WLL) | A | Dividend | | | Buy (add'l) | 01/31/14 | J | | |
| 421. | | | | | Sold | 12/01/14 | J | A | |
| 422. Williams Co Inc (WMB) | A | Dividend | J | T | | | | | |
| 423. WPP Plc Spon New Adr (WPPGY) | A | Dividend | J | T | | | | | |
| 424. Xcel Energy Inc (XEL) | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 425. Xerox Corp (XRX) | A | Dividend | | | Sold | 01/28/14 | J | A | |
| 426. Xinyi Glass Hldgs Ltd Unspon (XYIGY) | A | Dividend | | | Sold (part) | 01/16/14 | J | A | |
| 427. | | | | | Sold | 12/30/14 | J | A | |
| 428. Zimmer Hldgs Inc (ZMH) | A | Dividend | J | T | | | | | |
| 429. Morgan Stanley Bank Accounts | A | Interest | L | T | | | | | |
| 430. PNC IRA | E | Dividend | O | T | | | | | |
| 431. - American Century Mid Cap Inv Shs (ACMVX) | | | | | Sold (part) | 11/24/14 | J | A | |
| 432. - American Century Small Cap Value (ASVIX) | | | | | Buy | 10/03/14 | J | | |
| 433. | | | | | Sold (part) | 11/24/14 | J | A | |
| 434. - Delaware Value Fund (DDVIX) | | | | | Sold (part) | 11/24/14 | J | C | |
| 435. - Dodge & Cox Income (DODIX) | | | | | Buy | 11/05/14 | M | | |
| 436. | | | | | Sold (part) | 11/24/14 | J | A | |
| 437. - Federated Prime Cash Obligations Cl SS (QPRXO) | | | | | Open | 08/21/14 | J | | |
| 438. - Prime Fund Daily Money Class MM (FDAXX) | | | | | Closed | 08/21/14 | J | | |
| 439. - Franklin Small Cap Value Advisor (FVADX) | | | | | Sold | 10/02/14 | J | B | |
| 440. - Harbor Capital Appreciat Instl (HACAX) | | | | | Sold (part) | 11/24/14 | J | C | |
| 441. - Invesco Developing Markets (GTDDX) | | | | | Sold (part) | 11/24/14 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 30 of 32

Name of Person Reporting

Cohill, Jr., Maurice B.

Date of Report

12/05/2015

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 442. - Invesco Intl Growth Fund (AIIEX) | | | | | Sold | 02/13/14 | L | D | |
| 443. - JPMorgan Large Cap Growth Select (SEEGX) | | | | | Sold (part) | 11/24/14 | J | C | |
| 444. - Mainstay Epoch Global Equity Yld I (EPSYX) | | | | | Sold (part) | 11/24/14 | J | A | |
| 445. - Mainstay Icap Select Eqty Fd Cl (ICSRX) | | | | | Sold (part) | 11/24/14 | J | B | |
| 446. - T Rowe Price Intl Discovery Fund (PRIDX) | | | | | Sold (part) | 11/24/14 | J | A | |
| 447. - T Rowe Price Mid Cap Growth (RPMGX) | | | | | Sold (part) | 11/24/14 | J | A | |
| 448. - T Rowe Price Real Estate Fund (TRREX) | | | | | Sold (part) | 11/24/14 | J | A | |
| 449. - Fidelity Advisor Fl Rate High (FFRIX) | | | | | Sold (part) | 11/24/14 | J | A | |
| 450. - AMG Managers Bond (MGFIX) | | | | | Sold (part) | 11/24/14 | J | A | |
| 451. - Managers Pimco Bond Fund (MBDFX) | | | | | Sold | 11/04/14 | M | D | |
| 452. - Metwest Unconstrained Bond (MWCRX) | | | | | Buy | 11/05/14 | J | | |
| 453. | | | | | Sold (part) | 11/24/14 | J | A | |
| 454. - Oppenheimer Intl Growth Fd Y (OIGYX) | | | | | Buy | 02/14/14 | L | | |
| 455. - Pimco Unconstrained Bd Instl Class (PFIUX) | | | | | Sold | 11/04/14 | J | A | |
| 456. - Royce 100 Fund Service Class (RYOHX) | | | | | | | | | |
| 457. - Wells Fargo Advt Intl Bond Fd (ESIDX) | | | | | Sold (part) | 11/24/14 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cohill, Jr., Maurice B. | 12/05/2015 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

# FINANCIAL DISCLOSURE REPORT

Page 32 of 32

Name of Person Reporting

Cohill, Jr., Maurice B.

Date of Report

12/05/2015

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maurice B. Cohill, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544